UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF NEW YORK
-----------------------------------------------------------------X
FERROSTAAL METALS GROUP, INC.  formerly
known as MAN FERROSTAAL, INC.

                      Plaintiff,                08 CV 0457 (JSR)(DFE)
                                                 ECF CASE

    -against-


M/V GLOBAL OCEAN, her engines, boilers,      **RULE 7.1 STATEMENT**
tackle, etc., GLOBAL ANGEL SA,
UNITED OCEAN SHIP MANAGEMENT,
WESTERN BULK CARRIERS AS,
WESTERN BULK CARRIERS KS

                    Defendants.
-----------------------------------------------------------------X

        PURSUANT TO RULE 7.1, F.R.C.P. PLAINTIFFS CERTIFY THAT THE

FOLLOWING ARE CORPORATE SHAREHOLDERS OF 10% OF THE STOCK

WHICH IS PUBLICLY HELD AND HEREBY SETS FORTH PLAINTIFF'S PARENT

CORPORATION:    MAN FERROSTAAL AG, MAN AG

Dated:  January 16, 2008


                        KINGSLEY, KINGSLEY & CALKINS
                        Attorneys for Plaintiff


                        BY:__/S/_____
                          HAROLD M. KINGSLEY
                          91 W. Cherry Street
                          Hicksville, New York 11801
                          (516) 931-0064