UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. formerly known as MAN FERROSTAAL INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V GLOBAL OCEAN, her engines, boilers, tackle, etc., GLOBAL ANGEL SA, UNITED OCEAN SHIP MANAGEMENT, WESTERN BULK CARRIERS AS,, WESTERN BULK CARRIERS KS<br><br>Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 0457 (JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

**25th day of January, 2008**

I served the

SUMMONS & VERIFIED COMPLAINT WITH
PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

**17th day of January, 2008**

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 943 095 US

_____
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  FERROSTAAL METALS GROUP, INC. f/k/a MAN FERROSTAAL, INC. v. M/V GLOBAL OCEAN, et al.
08 CIV 0457 (JSR)
Our Ref: FS 7910

Sir:

[registered mail receipt obscuring text] nd Complaint on the following defendant [...] of Civil Procedure Rule 4: (f)(2)(c) (ii):

[...]rs KS

Very truly yours,

---

Registered No. RB632943095US
Reg. Fee $10.15
Handling Charge $0.00
Return Receipt $2.15
Postage $1.80
Restricted Delivery $0.00
Date Stamp 0004  12  01/25/08

Customer Must Declare Full Value $ $0.00

FROM:
10013
Kingsley Kingsley & Calkins
91 W. Cherry St.
Hicksville, NY 11801
File NO. FS 7901

TO:
NOWestern Bulk Carriers, KS
Karenslyst alle B
P.O. Box 78, Skayen
N-0212 Oslo NORWAY

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com