UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. formerly known as MAN FERROSTAAL INC. | **CERTIFICATE OF MAILING** |
| Plaintiff, | |
| -V- | |
| M/V GLOBAL OCEAN, her engines, boilers, tackle, etc., GLOBAL ANGEL SA, UNITED OCEAN SHIP MANAGEMENT, WESTERN BULK CARRIERS AS,, WESTERN BULK CARRIERS KS | 08 CV 0457 (JSR) |
| Defendants, | |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

25th day of January, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH
PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

17th day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 047 US**

*J. Michael McMahon*
CLERK

Dated: New York, NY

# Kingsley, Kingsley & Calkins
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: FERROSTAAL METALS GROUP, INC. f/k/a MAN
FERROSTAAL, INC. v. M/V GLOBAL OCEAN, et al.
08 CIV 0457 (JSR)

...d Complaint on the following defendant
of Civil Procedure Rule 4: (f)(2)(c)(ii):

'en

Very truly yours,

[signature]

---

**Registered Mail Receipt (PS Form 3806):**

- Registered No.: RB632943047US
- Reg. Fee: $10.15
- Handling Charge: $0.00
- Return Receipt: $2.15
- Postage: $1.80
- Restricted Delivery: $0.00
- Date Stamp: 0004 / 12 / 01/25/08
- Customer Must Declare Full Value: $0.00 — Without Postal Insurance

FROM:
Kingsley, KIngsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
Our File # FS 7901

TO:
Global Angel SA
22-01/02 Tower Fifteen
15, Hoe Chiang Road
SINGAPORE