UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| FERROSTAAL METALS GROUP, INC. formerly known as MAN FERROSTAAL INC.<br><br>Plaintiff,<br><br>-V-<br><br>M/V GLOBAL OCEAN, her engines, boilers, tackle, etc., GLOBAL ANGEL SA, UNITED OCEAN SHIP MANAGEMENT, WESTERN BULK CARRIERS AS,, WESTERN BULK CARRIERS KS<br><br>Defendants, | **CERTIFICATE OF MAILING**<br><br><br><br>08 CV 0457 (JSR) |

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

25th day of January, 2008

I served the

SUMMONS & VERIFIED COMPLAINT WITH
PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

17th day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

RB 632 943 081 US

*J. Michael McMahon*
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 22, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   FERROSTAAL METALS GROUP, INC.  f/k/a MAN
FERROSTAAL, INC.  v.  M/V GLOBAL OCEAN, et al.
08 CIV 0457 (JSR)

[Registered mail receipt overlaid on letter body]

Registered No. RB632943081US
Reg. Fee $10.15
Handling Charge $0.00   Return Receipt $2.15
Postage $1.80   Restricted Delivery $0.00
Date Stamp: 0004  12  01/25/08

FROM:
Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
FILE NO. 7901

TO:
Western Bulk Carriers AS
Karensylst alle b
P.O. Box 78, Skayen
N-0212 Oslo, NORWAY

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)

...nd Complaint on the following defendant
...s of Civil Procedure Rule 4: (f)(2)(c) (ii):

...ers AS

Very truly yours,

[Signature: Harold M. Kingsley]