UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



FERROSTAAL METALS GROUP, INC. formerly known as MAN FERROSTAAL INC.

Plaintiff,

-V-

M/V GLOBAL OCEAN, her engines, boilers, tackle, etc., GLOBAL ANGEL SA, UNITED OCEAN SHIP MANAGEMENT, WESTERN BULK CARRIERS AS,, WESTERN BULK CARRIERS KS

Defendants,

**CERTIFICATE OF MAILING**

08 CV 0457 (JSR)

I, J. Michael McMahon, Clerk of Court for the Southern District of New York, do hereby certify that on the

### 25th day of January, 2008

I served the

### SUMMONS & VERIFIED COMPLAINT WITH PRAYER FOR MARITIME ATTACHMENT

pursuant to the Federal Rule of Civil Procedure 4 (f) (2) (c) (ii) filed and issued herein on the,

### 17th day of January, 2008

by mailing via registered mail, return receipt requested, at the United States Post Office, Chinatown Station, New York, NY, a copy of each thereof, securely enclosed in a post-paid wrapper addressed to:

See attached for listing of Defendants

That annexed to the original hereof is registered mail receipt(s)

**RB 632 943 064 US**

J. Michael McMahon
CLERK

Dated: New York, NY

*Kingsley, Kingsley & Calkins*
ATTORNEYS AT LAW
*Proctors in Admiralty*
91 W. CHERRY STREET
HICKSVILLE, NEW YORK 11801

(516) 931-0064
TELEFAX (516) 931-4313

HAROLD M. KINGSLEY
JOAN S. KINGSLEY
STEVEN P. CALKINS

KEVIN T. MURTAGH

January 21, 2008

Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                Re:    FERROSTAAL METALS GROUP, INC. f/k/a MAN
                      FERROSTAAL, INC. v. M/V GLOBAL OCEAN, et al.
                      08 CIV 0457 (JSR)
                      Our Ref: FS 7910

[registered mail receipt obscuring text, showing:
Registered No. RB632943064US
Reg. Fee $10.15
Handling Charge $0.00, Return Receipt $2.15
Postage $1.80, Restricted Delivery $0.00
Date Stamp 01/25/08, 0004, 12
Customer Must Declare Full Value $0.00
FROM: Kingsley, Kingsley & Calkins
91 West Cherry Street
Hicksville, NY 11801
EX FILE # 7901
TO: United-Ship Management
22-01/02 Tower Fifteen
15, Hoe Chiang Road
SINGAPORE
PS Form 3806, May 2004 - Receipt for Registered Mail]

...nd Complaint on the following defendant
...of Civil Procedure Rule 4: (f)(2)(c)(ii):

...Management
...en

Very truly yours,

[signature]