UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL,
INC.

                        Plaintiffs,        08 CV 0457 (JSR)(DFE)

      - against -

                                                      RULE 7.1 STATEMENT

M/V GLOBAL OCEAN, her engines,
boilers, tackle, etc., GLOBAL
ANGEL SA, UNITED OCEAN SHIP
MANAGEMENT, WESTERN BULK
CARRIERS AS, WESTERN BULK
CARRIERS KS,

                        Defendants.
------------------------------------X

      Attorney of record, GARTH S. WOLFSON, of the firm of MAHONEY AND KEANE, LLP, attorneys of record for defendants WESTERN BULK CARRIERS AS and WESTERN BULK CARRIERS KS, certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of WESTERN BULK CARRIERS AS and WESTERN BULK CARRIERS KS.

Dated:  New York, N.Y.
       February 15, 2008

                                            GARTH S. WOLFSON (GW 7700)