171-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
GLOBAL ANGEL S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

FERROSTAAL METALS GROUP, INC., formerly            08 CV 0457 (JSR)(DFE)
known as MAN FERROSTAAL, INC.,

       Plaintiff,

                **RULE 7.1 STATEMENT**

- against -

M/V GLOBAL OCEAN, her engines,
boilers, tackle, etc., GLOBAL ANGEL S.A.,
UNITED OCEAN SHIP MAN AGEMENT,
WESTERN BULK CARRIERS AS,
WESTERN BULK CARRIERS KS,

       Defendants.
-----------------------------------------------------------------x

  The Defendant, GLOBAL ANGEL S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
   April 1, 2008

          FREEHILL HOGAN & MAHAR, LLP
          Attorneys for Defendant GLOBAL ANGEL S.A.

By: _____
          Michael E. Unger (MU 0045)
          Pamela L. Schultz (PS 8675)
          80 Pine Street
          New York, NY 10005
          Telephone: (212) 425-1900
          Facsimile: (212) 425-1901

NYDOCS1/301680.1