171-08/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Defendant
GLOBAL ANGEL S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger
Pamela L. Schultz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
FERROSTAAL METALS GROUP, INC., formerly            08 CV 0457 (JSR)(DFE)
known as MAN FERROSTAAL, INC.,

       Plaintiff,

                **NOTICE OF APPEARANCE**

 - against -

M/V GLOBAL OCEAN, her engines,
boilers, tackle, etc., GLOBAL ANGEL S.A.,
UNITED OCEAN SHIP MAN AGEMENT,
WESTERN BULK CARRIERS AS,
WESTERN BULK CARRIERS KS,

       Defendants.
------------------------------------------------------------------x

  Please enter the additional appearance of the undersigned on behalf of the Defendant Global Angel, S.A. to receive ECF notices in the above matter.

  I certify that I am admitted to practice in this Court.

Dated: New York, New York
   April 1, 2008

                FREEHILL, HOGAN & MAHAR LLP
                Attorneys for Defendant Global Angel, S.A.

                By: _____
                  Pamela L. Schultz
                80 Pine Street, 24th Floor
                New York, NY 10005-1759

NYDOCS1/301753.1

TO:  KINGSLEY, KINGSLEY & CALKINS
Attorneys for Plaintiff Ferrostaal Metals Group, Inc.,
formerly known as Man Ferrostaal, Inc.
91 West Cherry Street
Hicksville, New York 11801
Attn: Harold Kingsley, Esq.
(516) 931-0064

MAHONEY & KEANE, LLP
Attorneys for Defendants Western Bulk Carriers AS
and Western Bulk Carriers KS
111 Broadway, 10th floor
New York, New York 10006
Attn: Garth S. Wolfson, Esq.
(212) 385-1422