UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FERROSTAAL METALS GROUP, INC.,
formerly known as MAN FERROSTAAL,
INC.

                            Plaintiffs,      08 CV 0457 (JSR)(DFE)

    - against -

M/V GLOBAL OCEAN, her engines,      ANSWER TO CROSS-CLAIM
boilers, tackle, etc., GLOBAL       WITH AFFIRMATIVE
ANGEL SA, UNITED OCEAN SHIP         DEFENSES
MANAGEMENT, WESTERN BULK
CARRIERS AS, WESTERN BULK
CARRIERS KS,

                            Defendants.
------------------------------------X

       Defendants WESTERN BULK CARRIERS AS and WESTERN BULK CARRIERS KS (collectively "answering defendants") answer the Cross-Claim of defendant GLOBAL ANGEL SA upon information and belief as follows:

       FIRST: Answering defendants deny knowledge or information sufficient to form a belief as to the allegations contained in paragraphs "30" and "31 of defendant GLOBAL ANGEL SA'S Cross-Claim.

       SECOND: Answering defendants deny each and every allegation contained in paragraphs "32", "33" and "34" of defendant GLOBAL ANGEL SA'S Cross-Claim.

AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

THIRD:  Answering defendants repeat, reiterate and make applicable to defendant GLOBAL ANGEL SA'S Cross Claim each Separate and Complete Affirmative defense in their Answer to plaintiff's Complaint as if specifically set forth herein at length.

WHEREFORE, Answering defendants demand judgment dismissing the Cross-Claim, and awarding to answering defendants costs, fees, including reasonable attorneys' fees and disbursements of this action, and further demand judgment for such other and further relief the Court may deem just and proper.

Dated:  New York, N.Y.
        April 25, 2008

                                    MAHONEY & KEANE, LLP
                                    Attorneys for Defendant
                                    WESTERN BULK CARRIERS AS and
                                    WESTERN BULK CARRIERS KS

                            By:     _____
                                    Garth S. Wolfson (GW 7700)
                                    111 Broadway, Tenth Floor
                                    New York, New York 10006
                                    (212) 385-1422
                                    File No.: 19/3533/B/08/2


TO:  KINGSLEY KINGSLEY & CALKINS
     Attorneys for Plaintiff
     91 West Cherry Street
     Hicksville, N.Y. 11801
     (516) 931-0064

```
FREEHILL, HOGAN & MAHAR, LLP
Attorneys for Defendant
GLOBAL ANGEL S.A.
80 Pine Street
New York, NY 10005-1759
(212) 425-1900
```